1  HOWARD HOLDERNESS (SBN: 169814)
   holdernessh@gtlaw.com
2  KATHARINE L. MALONE (SBN: 290884)
   malonek@gtlaw.com
3  GREENBERG TRAURIG, LLP
   Four Embarcadero Center, Suite 3000
4  San Francisco, CA 94111
   Telephone: (415) 655-1300
5  Facsimile: (415) 707-2010

6  Attorneys for Defendant
   AUK TA SHAA DISCOVERY, LLC
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                         **SAN FRANCISCO DIVISION**
11

12 | LIL' MAN IN THE BOAT, INC.         | CASE NO. 3:16-CV-01471-JST
13 |   Plaintiff,                        | **[PROPOSED]** ORDER CONTINUING
14 | vs.                                 | **CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**
15 | AUK TA SHAA DISCOVERY, LLC; and    | Complaint Filed:  February 16, 2016
16 | DOES 1 to 25.                       | Removal Filed:    March 24, 2016
17 |   Defendant.                        |

**[PROPOSED]** **ORDER**

Pursuant to the parties' stipulation, Local Rules 6-1(b) and 6-2, and good cause appearing, it is hereby ordered that the Case Management Conference, currently set for June 29, 2016, at 2:00 PM, is continued to July 27, 2016, at 2:00 PM. A Joint Case Management Conference Statement will be due one week prior to the new date. Any other deadlines linked to the Case Management Conference will likewise be continued and calculated off of the new date.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 20, 2016

