UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIL' MAN IN THE BOAT, INC.,<br>　　　　Plaintiff,<br>　　v.<br>AUK TA SHAA DISCOVERY, LLC,<br>　　　　Defendant. | Case No. 16-cv-01471-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 11 |

Before the Court is Defendant's Motion to Dismiss. ECF No. 11. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for July 7, 2016, is hereby vacated.

IT IS SO ORDERED.

Dated: June 27, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge