UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIL' MAN IN THE BOAT, INC., <br><br> Plaintiff, <br><br> v. <br><br> AUK TA SHAA DISCOVERY, LLC, <br><br> Defendant. | Case No. 16-cv-01471-JST <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Re: ECF No. 34 |

The parties' stipulated request to continue the Case Management Conference currently scheduled for September 28, 2016, ECF No. 34, is GRANTED. The Conference is continued to January 4, 2016 at 2:00 p.m. An updated Joint Case Management Statement must be filed by December 19, 2016.

IT IS SO ORDERED.

Dated: September 22, 2016

_____
JON S. TIGAR
United States District Judge